### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

**UNITED STATES OF AMERICA**               *

**v.**                                                           *               **Criminal No. RDB-13-0560**

**FREDERICUS SLICHER**               *

* * * * * * * * *

### <u>MOTION TO SUPPRESS STATEMENTS</u>

The Defendant, Fredericus Slicher, through counsel, James Wyda, Federal Public Defender for the District of Maryland, and Patrick E. Kent, Assistant Federal Public Defender, hereby respectfully moves this Honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to suppress any and all statements, admissions and confessions allegedly given by the Defendant, whether oral, written or otherwise recorded, which the government proposes to use as evidence against the Defendant at trial, and in support of the motion alleges as follows:

1.      Defendant is charged by the government with Theft of Government Property, Possession of a Forged Naturalization Certificate and Election Fraud.

2.      Discovery and information provided by the government indicates Defendant  was questioned by law enforcement officers and provided a statement.  The government intends to introduce these statements at the trial of this matter.  It is also possible that the government may attempt to introduce other statements made by the defendant to law enforcement officers at the defendant's trial.

3.      Information provided by the government indicates that these alleged statements were potentially obtained in violation of the Fifth and Sixth Amendments to the United States Constitution, and in violation of the Supreme Court's decision in *Miranda v. Arizona*, 384 U.S. 436

(1966).[1]

4.      Defendant  is entitled to a hearing regarding the voluntariness of any statements, admissions, or confessions attributed to him in accordance with the provisions of Title 18 U.S.C. §3501 and the principles set forth in the case of *United States v. Inman*, 352 F.2d 954 (4th Cir. 1965).

**WHEREFORE**, the Defendant moves that all statements, admissions and confessions which the government proposes to use as evidence against him, whether oral, written or otherwise recorded, be suppressed.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
_____/s/_____
Patrick Kent (# 94213)
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland  21201
(410) 962-3962
Fax:  (410) 962-0832
Patrick_Kent@fd.org

## MEMORANDUM OF POINTS AND AUTHORITIES

1.  Fifth Amendment to the United States Constitution

2.  Sixth Amendment to the United States Constitution

3.  *Miranda v. Arizona*, 384 U.S. 436 (1966).

---

[1] In *Dickerson v. United States*, 530 U.S. 428 (2000), the Supreme Court affirmed *Miranda*, and held 18 U.S.C. § 3501 is unconstitutional insofar as it overruled *Miranda*.  We assume that the procedures specified in § 3501 to determine voluntariness of a statement that are not in conflict with *Miranda* survive.

4. *United States v. Inman*, 352 F.2d 954 (4th Cir. 1965).

5. *Dickerson v. United States*, 530 U.S. 428 (2000).

## **REQUEST FOR HEARING**

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District

of Maryland, a hearing is requested on the defendant's motion.

_____/s/_____
Patrick E. Kent (# 94213)
Assistant Federal Public Defender